UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK   Attorney: WILLIAM CAFARO, ESQ. - 1850

AUGUSTO CHUCHUCA

Plaintiff(s)

- against -

CREATIVE CUSTOM CABINETS INC. ETAL

Defendant(s)

Index #: 13-CIV-2506(SJ)(RLM)

Date Filed:

**AFFIDAVIT OF SERVICE**



STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 24, 2014 at 11:09 AM at

58-47 201ST STREET, PH
OAKLAND GARDENS, NY 11364

deponent served the within true copy of the REQUEST FOR CERTIFICATE OF DEFAULT, CERTIFICATE OF DEFAULT, AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT on ROYAL CONTRACTING & DESIGN CORP., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to BOBBY P., REFUSED TRUE LAST NAME personally, deponent knew said corporation so served to be the corporation described in said REQUEST FOR CERTIFICATE OF DEFAULT, CERTIFICATE OF DEFAULT, AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT as said defendant/respondent and knew said individual to be GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 44 | 5'11 | 160 |

Sworn to me on: March 31, 2014

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2014

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

CECIL HOLLOWAY
License #: 1104105
Docket #:   *898857*