UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AUGUSTO CHUCHUCA,

Case No.: 13 CIV. 2506

Plaintiff,

-against-

**AFFIDAVIT OF MAILING**

CREATIVE CUSTOM CABINETS INC. d/b/a
ROYAL CONTRACTING & DESIGN CORP.,
ROYAL CONTRACTING & DESIGN CORP.
NEXHMI PREBREZA a/k/a NINO PREBREZA,
and FLAMUR PREBREZA a/k/a FLAG PREBREZA
                Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK    )
COUNTY OF NEW YORK  )SS:.

        Odaris Palacios, being duly sworn, says:

        I am not a party to the action; I reside at Corona, Queens, NY, and I am over 18 years of age.

        On May 2, 2014, I served the within **NOTICE OF MOTION, DEFAULT JUDGEMENT, MEMORANDUM OF LAW, AFFIRMATION in SUPPORT, and SUPPORTING EXHIBITS** by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known address set forth below:

ROYAL CONTRACTING & DESIGN CORP.
58-47 201st Street, PH
Oakland Gardens, NY 11364


Sworn to before me
on May 2, 2014

                                      _Odaris Palacios_
                                      Odaris Palacios
NOTARY PUBLIC

**AMIT KUMAR**
Notary Public State of New York
No. 02KU6289837
Certified in Nassau County
Commission Expires Sept. 30, 2017